512

605 A.2d 798

**VALLEY FORGE TOWERS SOUTH CONDOMINIUM**

v.

**RON–IKE FOAM INSULATORS, INC.**
**and Mameco International, Inc.**

**Appeal of MAMECO INTERNATIONAL, INC.**

Supreme Court of Pennsylvania.

Argued Oct. 25, 1991.

Decided April 14, 1992.

Steven R. Waxman, Patricia Carroll, for appellant.

Jeffry B. Herman, for Valley Forge Towers South Condominium.

Richard D. Linderman, for Ron–Ike Foam Insulators.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA, PAPADAKOS and CAPPY, JJ.

ORDER

PER CURIAM:

Order affirmed.

LARSEN, J., did not participate in the decision of this case.

FLAHERTY, J., dissents.